THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MONTA WILLIAMS, Appellant. [852 NYS2d 887]—

Memorandum: On appeal from a judgment convicting him upon his plea of guilty of attempted rape in the first degree (Penal Law §§ 110.00, 130.35 [3]), defendant contends that his waiver of the right to appeal was not knowingly, intelligently and voluntarily entered. We reject that contention (*see People v Lopez*, 6 NY3d 248, 256 [2006]; *People v Winchester*, 38 AD3d 1336, 1337 [2007], *lv denied* 9 NY3d 853 [2007]; *People v Gilbert*, 17 AD3d 1164 [2005], *lv denied* 5 NY3d 762 [2005]). The valid waiver by defendant of his right to appeal encompasses his challenge to the severity of the bargained-for sentence (*see Lopez*, 6 NY3d at 255; *Winchester*, 38 AD3d at 1338). Defendant concedes that he failed to request youthful offender treatment at sentencing and, " '[i]n any event[,] given defendant's prior history and the nature of the crime, there is no indication before us that such treatment was warranted' " (*People v Burlew*, 261 AD2d 828, 828 [1999]; *see People v Syrell*, 42 AD3d 947, 948 [2007]). Present—Hurlbutt, J.P., Lunn, Fahey, Peradotto and Pine, JJ.